IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS E. PEREZ,

   *Plaintiff.*
  v.

GLOBAL RESEARCH SERVICES, LLC, *et al.*,

   *Defendants.*

CIVIL NO.: ELH-16-00229

**ORDER**

I have read the Report and Recommendation submitted by United States Magistrate Judge J. Mark Coulson on August 10, 2016. ECF 16. No objections or exceptions have been filed, and the time to do so has expired. I agree with Judge Coulson's Report and Recommendation in every respect. It is neither clearly erroneous nor contrary to law. Therefore, I shall adopt it as my own.

Accordingly, it is this 29th day of August, 2016, ORDERED:

1. The Motion for Default Judgment (ECF 11) filed by plaintiff, the United States Secretary of Labor (the "Secretary") against defendants Global Research Services, LLC and Julie E. Garrett, is GRANTED;

2. Judgment is entered against Global Research Services, LLC and Julie E. Garrett, jointly and severally, in the total amount of $221,225.08, which consists of the following: $178,051.42 in missing employer contributions; $36,559.90 in interest on missing employer contributions, calculated as of July 20, 2016; and $6,613.76 in lost interest on untimely employee contributions, calculated as of July 20, 2016;

3. Global Research Services, LLC and Julie E. Garrett shall pay the judgment set forth above ($221,225.08) into the Registry of the Court, at which time the Secretary is

directed to file a motion with the Court to authorize the appointment of an independent fiduciary for the purpose of receiving funds paid to satisfy the Judgment and for distributing the funds to the participants of the Global Research Services, LLC 401(k) Plan (the "Plan");

4. Global Research Services, LLC and Julie E. Garrett are removed as fiduciaries to the Plan;

5. Global Research Services, LLC and Julie E. Garrett are permanently enjoined from serving as a trustee, fiduciary, advisor, or administrator to any employee benefit plan, as that term is defined at § 3(3) of ERISA, 29 U.S.C. § 1002(3), or from serving in any capacity that involves decision making authority or custody or control of the moneys, funds, assets, or properties of any employee benefit plans subject to ERISA;

6. Global Research Services, LLC and Julie E. Garrett are permanently enjoined from violating Title I of ERISA;

7. Global Research Services, LLC and Julie E. Garrett, and their agents, employees, officers, shareholders, service providers, banks, accounts, and attorneys, shall cooperate fully with the Secretary in effecting this default judgment;

8. The Court directs entry of this default judgment as a final order, but shall retain jurisdiction for purposes of enforcing and compliance with the terms set forth herein; and

9. The Clerk is directed to administratively CLOSE this case.

/s/
Ellen L. Hollander
United States District Judge